United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                  Case No. 2:22-cr-89

Cody N. Beasley

_____

COURTROOM MINUTES
Sentencing

| U.S. District Chief Judge Algenon L. Marbley | | Date: October 28, 2022 | |
|---|---|---|---|
| Deputy Clerk: | Diane Stash | Counsel for Govt: | Liz Geraghty |
| Court Reporter: | Shawna Evans | Counsel for Deft(s): | Joe Edwards |
| Interpreter: | N/A | Pretrial/Probation: | Devin Sprankel |

Defendant sentenced to time served as to Count 1 of the Information.

Defendant sentenced to three (3) years of supervised release as to Count 1 of the Information.

Restitution ordered in the amount of $20,601.97; no fine imposed; special assessment of $100 is applied.